IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **vs.** ) | **CRIMINAL ACTION 08-00347-KD** |
| ) | |
| **CHARLES THOMAS,** ) | |
| ) | |
|     **Defendant.** ) | |

**ORDER FOR HOSPITALIZATION AND TREATMENT
OF DEFENDANT PURSUANT TO 18 U.S.C. § 4241(d)**

This cause came before the court on April 27, 2009, for a competency hearing pursuant to 18 U.S.C. § 4241(c) and § 4247(d).  Present at the hearing were defendant, Charles Thomas; his counsel, Christopher Knight; and Assistant United States Attorney, John G. Cherry, Jr. Previously, pursuant to order of United States Magistrate Judge Bert W. Milling, Jr., defendant was transferred to the Federal Bureau of Prisons, Federal Detention Center, Miami, Florida, for an evaluation to determine mental competency pursuant to 18 U.S.C. § 4241 and 4242 (doc. 13). The Court and the parties have now received a copy of the forensic evaluation which details the results of defendant's psychological evaluation.

Following testing and evaluation, the forensic examiner opined that defendant is "in an active state of psychosis that would severely impair his rational understanding of the legal proceedings against him" but that "[i]t is foreseeable that the defendant will be able to attain competency to stand trial in the future" and that in the examiner's "provisional opinion", defendant "was suffering from the symptoms of a mental disorder that impaired his ability to appreciate the nature and quality of the wrongfulness of his acts" at the time of the offense. According to the examiner, defendant suffers from Psychotic Disorder Not Otherwise Specified

(NOS), and may meet the criteria for other diagnoses.  This Forensic Evaluation and the Psychological Evaluation of Dr. Thomas Bennett, Ph.D. submitted as supporting evidence, constitute the only evidence offered by the defendant and the Government regarding the issue of defendant's competency.

Upon consideration of all matters presented, including the opinions of the examiner contained in the Forensic Evaluation, the court finds by a preponderance of the evidence that defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to properly assist in his defense.

Accordingly, pursuant to 18 U.S.C. § 4241(d), defendant is hereby committed to the custody of the United States Attorney General who shall hospitalize defendant for treatment in a suitable facility for a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future defendant will attain the capacity to permit the proceeding to move forward.[1]  This time period shall not begin to run until the date the defendant arrives at the facility designated for treatment by the Attorney General. See 18 U.S.C. § 4241(d)(1).

The **United States Marshal** is **ORDERED** to expedite defendant's transfer to the medical facility and to notify the Clerk of Court immediately upon his return to the Southern District of Alabama.

**DONE** and **ORDERED** this 28th day of April, 2009.

> s/ Kristi K. DuBose
> **KRISTI K. DuBOSE**
> **UNITED STATES DISTRICT JUDGE**

---

[1] The court notes that defendant has not yet been arraigned.