IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** * | |
| * | |
| v.  * | **Criminal No. 08-00347-KD-M** |
| * | |
| **CHARLES THOMAS,** * | |
| Defendant. * | |

**ORDER**

This matter came before the Court on this date for a telephone conference with counsel for the Government (John Cherry) and counsel for the Defendant (Chris Knight), regarding the mental status of the Defendant.

On April 28, 2009, this Court committed the Defendant to the custody of the Attorney General or an authorized representative pursuant to Title 18 U.S.C. § 4241(d) for hospitalization and treatment in a suitable facility for a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future defendant will attain the capacity to permit the proceeding to move forward.  (Doc. 20).

The Court has received the forensic evaluation update which indicates that the Defendant is not mentally competent to stand trial at this time, and that he is unlikely to be restored to competency in the near future unless he can be treated with anti-psychotic medication.

Accordingly, it is **ORDERED** that this matter is set for a hearing on **July 28, 2009** at **2:00 p.m.**, in Courtroom 5-A, U.S. District Court for the Southern District of Alabama, 113 St. Joseph Street, Mobile, Alabama, 36602, to determine whether involuntary medication of the Defendant with anti-psychotic mediation is necessary pursuant to Sell v. United States, 539 U.S. 166 (2003), to restore him to competency.  It is further **ORDERED** that the Defendant, as well as any witnesses

located at the BOP facility, shall appear via video-conferencing.[1]

**DONE** and **ORDERED** this the **16th** day of **July 2009.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

---

[1] Counsel are **DIRECTED** to contact the Clerk's office to make the necessary video-conferencing arrangements for this hearing.