IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **vs.** ) | **CRIMINAL ACTION 08-00347-KD** |
| ) | |
| **CHARLES THOMAS,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

The Court has received a letter from Marty C. Anderson, Warden of the U.S. Medical Center for Federal Prisoners in Springfield, Missouri. Pursuant to 18 U.S.C. § 4241(d)(2), Warden Anderson requests that the Court extend the commitment period for hospitalization and treatment of defendant Charles Thomas for "an additional reasonable period of time to complete the mental health treatment to determine if there is a substantial probability that defendant will become competent for the trial to proceed."

Previously, this Court entered an order wherein Thomas was committed for hospitalization and mental health treatment for a period not to exceed four months (doc. 24). The order also provided that if additional time was necessary, the Bureau of Prisons could request an extension of time under 18 U.S.C. § 4241(d)(2). Upon consideration of the letter, and the Forensic Update attached thereto, the Court finds that there is a substantial probability that within an addition reasonable period of time, not to exceed four months, Thomas will attain the capacity to permit the proceedings to go forward. 18 U.S.C. § 4241(d)(2)(A).

Accordingly, the Warden's request is **GRANTED** and the period is extended until June 8, 2010. All other conditions as set forth in the prior order (doc. 24) shall remain in effect.

The **Clerk of the Court** is directed to mail a copy of this order to Warden Anderson at

Federal Bureau of Prisons, U.S. Medical Center for Federal Prisoners, Springfield, Missouri 65807.

**DONE** and **ORDERED** this 19th day of February, 2010.

 **s/ Kristi K. DuBose**
**KRISTI K.  DuBOSE**
**UNITED STATES DISTRICT JUDGE**